IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY HODGES, | ) |
| Petitioner, | ) NO. 3:04-00176 |
| | ) JUDGE HAYNES |
| v. | ) |
| TONY PARKER, Warden, | ) |
| Respondent. | ) |

**O R D E R**

In accordance with the Memorandum filed herewith, the Petitioner's application for a writ of habeas corpus is **DENIED**. The Court **GRANTS** a Certificate of Appealibility on all of Petitioner's claims.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the __11th__ day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge